## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**EDWIN DARRELL LETT, #31076**                                    **PETITIONER**

**v.**                                    **CIVIL ACTION NO. 1:15cv309 LG-FKB**

**FISHER, ET AL.**                                    **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

 _X_  A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

__ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 12th day of August 2016.


s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge